#068453

# In The United States Court of Federal Claims

RECEIVED
AUG 7 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Sunny Days Catamarans, Inc.

08-565 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [see RCFC 83.1(c)] Richard W. Goeken

Firm Name: Saltman & Stevens, P.C.

Post Office Box:

Street Address: 1801 K Street, N.W., Suite M-110

City-State-Zip: Washington, D.C. 20006

Telephone & Telecopier Numbers: (202) 452-2140; (202) 775-8217 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

Does the attorney of record have a Court of Federal Claims ECF Account? Yes

Nature of suit code: 1 3 8

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I

See attached Sheet for three digit code.

Amount Claimed: $ to be determined

(exclusive of interest costs and attorney's fees)

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement Required? Yes

Bid Protest:

Indicate approximate dollar amount of procurement at issue: 10 year procurement in excess of $5 million gross receipts per year

Is plaintiff a small business? Yes

Vaccination Date: (Vaccine Cases Only) ______

Is this case directly related to any pending or previous case? No

If yes, you are required to file a separate notice of a directly related case(s). See RCFC 40.2