ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 7 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SUNNY DAYS CATAMARANS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 08-565 C |

**DISCLOSURE STATEMENT**

Plaintiff, Sunny Days Catamarans, Inc., pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Counsel for Plaintiff

Dated: August 7, 2008