# Exhibit 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
*Pre-Award Bid Protest*

| | | |
|---|---|---|
| SUNNY DAYS CATAMARANS, INC., Plaintiff, | ) | |
| v. | ) | No. ______________ |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**<u>FIRST DECLARATION OF BERNARD E. EYMANN</u>**

I, Bernard E. Eymann, hereby declare under the penalties of perjury that the following is true and correct to the best of my personal knowledge and belief:

1. I am the President of Sunny Days Catamarans, Inc. ("Sunny Days") which was incorporated in the state of Florida in 2001.

2. Since 1996 the successor-in-interest to Sunny Days, and since 2001Sunny Days itself, has operated a ferry service from Key West, Florida to Dry Tortugas National Park under a series of simple, two-page Incidental Business Permits. A copy of the current permit is attached as Ex. A. The current permit is set to expire on December 31, 2008. Id. By its terms the permit is not a concessions contract. Id. at ¶ 9.



**Ex. 1**

3. On April 25, 2008, the National Park Service ("NPS") issued a notice of the availability of a prospectus for a concessions contract for "round trip passenger ferry service between Key West, Florida, and Dry Tortugas National Park and other specified services." The solicitation was identified as CC-DRTO001-08 ("DTNP solicitation").

4. The solicitation requires the successful offeror to provide services that assist the National Park Service, including by providing:

(a) Environmentally sensitive access to one of the most remote National Parks in the United States which would not otherwise be readily accessible to many citizens;

(b) Interpretive programs during the trip to DTNP;

(c) Literature prepared by the National Park Service during the trip to DTNP;

(d) Tours of the Fort Jefferson by trained interpreters. Tour groups may not exceed 25 individuals at a time and are limited to maximum of six tours per day;

(e) A National Park Service developed self-guided audio tour program for both ferry passenger and non-ferry passengers; and

(f) Snorkel equipment so that patrons may access a pristine subtropical marine ecosystem in an environmentally sensitive manner.

5. Proposals submitted in response to the prospectus are presently due by August 13, 2008.

6. Sunny Days expects to respond to the prospectus.

7. I have recently been advised by counsel that by its terms the Service Contract Act ("SCA") applies to services required under the solicitation and that this view is supported by regulations, Department of Labor decisions, federal court decisions and NPS' own past practice.

8. Among the Sunny Days employees providing services subject to the SCA are the captain and crew of the ferry, interpretive guides who provide presentations during the trip to Dry Tortugas National Park, interpretive guides who provide tours of Fort Jefferson on Dry Tortugas National Park, reservation agents, ticket sellers, and ticket takers.

9. Application of the SCA to the solicitation and payment by Sunny Days of the wages and benefits mandated by that statute will significantly increase the costs of providing the services required by the solicitation.

10. After learning that the solicitation was subject to the SCA, on June 4, 2008 I submitted the following question to NPS and on July 29, 2008 received the following response:

> **<u>Question</u>:**
>
> Since the Services Contract Act (SCA) normally would apply to contracts such as this one, has the NPS received a DoL exemption from the Services Contract Act for this competition?
>
> **<u>NPS Response</u>:**
>
> The NPS believes the Services Contract Act does not apply in the circumstances presented by this concession opportunity. However, if it is determined that this Contract is subject to the Service Contract Act, then pursuant to the provisions of Section 5 of this Contract, which requires compliance with all Applicable Laws, the appropriate provisions of the Service Contract Act will be incorporated into this Contract. . . .

See Questions and Answers from Dry Tortugas nation Park Site Visit – Part II dated July 29, 2008, Question Number 15, attached hereto as Ex. B.

11. NPS' response places Sunny Days in an untenable position: (a) to be competitive and responsive, Sunny Days would have to bid in a potentially illegal manner, i.e., without accounting for SCA costs; or (b) if Sunny Days bids as it now believes is proper and accounts for full SCA costs, Sunny Days will most likely not be awarded the contract given NPS' public statement that the SCA does not apply and the substantial likelihood that a legal bid will not be competitive with bids that fail to account for the costs of complying with the SCA.

12. Moreover, NPS' response leaves open the very real possibility that NPS will subsequently seek to impose the requirements of the SCA on the successful offeror without allowing a corresponding modification in the bid price of the contract. This too is improper especially where the existence of the SCA and its application to the solicitation have been made known to NPS prior to award.

13. Sunny Days is currently providing transportation services to Dry Tortugas National Park, and is prepared to continue to do so under the terms of the existing Incidental Business Permit pending resolution of this matter. Should the Court grant a peliminary injunction, there will be no disruption in transportation services currently being provided by Sunny Days, Dry Tortugas National Park will remain open, visitors will continue to come and go, and Sunny Days will continue to provide the high quality services that it has been providing for years.

National Park will remain open, visitors will continue to come and go, and Sunny Days will continue to provide the high quality services that it has been providing for years.

Dated: Aug 7, 2008

Bernard E. Eymann
President
Sunny Days Catamaran, Inc.

Form 10-114
Rev. 1/2004

# UNITED STATES DEPARTMENT OF THE INTERIOR
## National Park Service
## DRY TORTUGAS NATIONAL PARK
## COMMERCIAL USE AUTHORIZATION

1. Permit Holder

Permit Number: DRTO- CUA-08-03

Name: SONNY EYMANN

Type of Use TRANSPORTATION/SNORKELING

Company: SUNNY DAYS CATAMARANS

Approved: 12/20/2007

Address: 3637 EAGLE AVENUE KEY WEST, FL 33040

Expires: 12/31/2008

Phone Number: +1 (305) 296-5556 Fax Number: +1 (305) 293-9848 Email cattours@aol.com

"FAST CAT II" 100 PASSENGERS, 83'

DRY TORTUGAS NATIONAL PARK

**2. The holder is hereby authorized to use the following described land or facilities in the above named area.**
***The area must be restored to its original condition at the end of the authorization.**

3. The authorization begins at: 0001 on Date Dec 31, 2007

4. The authorization ends at: 2400 on Date Dec 31, 2008

5. SUMMARY OF AUTHORIZED ACTIVITY: (see attached sheets for additional information and conditions)

(●) **Out-of-Park:** The commercial services described above must originate and terminate outside of the boundaries of the park area. This permit does not authorize the holder to advertise, solicit business, collect fees, or sell any goods or services within the boundaries of the park area.

( ) **In-Park:** The commercial service described above must originate and be provided solely within the boundaries of the park area.

6. Authorizing legislation or other authority: Section 418, P.L. 105-391 (16 USC 5966)

| | | | | | |
|---|---|---|---|---|---|
| 7. NEPA Compliance: | EIS [X] | EIS (IN PROCESS) [ ] | | | |
| CATEGORICALLY EXCLUDED [ ] | EA/FONSI [ ] | OTHER APPROVED PLANS [ ] | | | |
| 8. APPLICATION FEE: | RECEIVED [X] | NOT REQUIRED [ ] | AMOUNT | $250.00 | |
| 9. LIABILITY INSURANCE: | REQUIRED [X] | NOT REQUIRED [ ] | AMOUNT | 2,000,000 LIABILITY 300,000 UNDERWA | |
| 10. COST RECOVERY: | REQUIRED [ ] | NOT REQUIRED [ ] | AMOUNT | | |
| 11. FACILITY USE FEE: | REQUIRED [ ] | NOT REQUIRED [ ] | AMOUNT | | |

**ISSUANCE of this authorization is subject to the conditions.** The undersigned hereby accepts this authorization subject to the terms, covenants, obligations, and reservations, expressed or implied herein.

**Ex. A**

**12. Signatures**

Permit Holder [signature] 12-10-07
Signature Date

Authorizing NPS Official: [signature] ~~Deputy~~ Superintendent 12-10-2007
Signature Title Date

Authorizing NPS Official: ______ ______ ______
(additional if required) Signature Title Date

CONDITIONS OF THIS AUTHORIZATION

1. The holder is prohibited from knowingly giving false information. To do so will be considered a breach of conditions and be grounds for revocation: [RE:36 CFR 2.32(a)(3)].

2. The holder shall exercise this privilege subject to the supervision of the park area Superintendent.The holder shall comply with all applicable laws and regulations of the area and terms and conditions of the authorization. The holder must acquire all permits or licenses of State or local government, as applicable, necessary to provide the services described above, and, must operate in compliance with all applicable Federal, State, and local laws and regulations, including, without limitation, all applicable park area policies, procedures and regulations. The commercial services described above are to be provided to park area visitors at reasonable rates and under operating conditions satisfactory to the park area superintendent.

3. This authorization is issued upon the express condition that the United States, its agents and employees shall be free from all liabilities and claims for damages and/or suits for or by reason of any injury, injuries, or death to any person or persons or property of any kind whatsoever, whether to the person or property of the (holder), its agents or employees, or third parties, from any cause or causes whatsoever while in or upon said premises or any part thereof during the term of this authorization or occasioned by any occupancy or use of said premises or any activity carried on by the (holder) in connection herewith, and the (Holder) hereby covenants and agrees to indemnify, defend, save and hold harmless the United States, its agents, and employees from all liabilities, charges, expenses and costs on account of or by reason of any such injuries, deaths, liabilities, claims, suits or losses however occurring or damages growing out of the same.

4. Holder agrees to carry general liability insurance against claims occasioned by the action or omissions of the holder, its agents and employees in carrying out activities and operations under this authorization. The policy shall be in the amount of $ 2,000,000 and underwritten by a United States company naming the United States of America (National Park Service, park name and address) as additional insured. Holder agrees to have on file with the park copies of the above insurance with the proper endorsements.

5. Cost incurred by the park as a result of accepting and processing the application and managing and monitoring the authorization activity will be reimbursed by the holder. Administrative costs and estimated costs for activities on site must be paid when the authorization is approved. If any additional costs are incurred by the park, the holder will be billed at the conclusion of the authorization.

6. Benefit - Neither Members of, nor Delegates to Congress, or Resident Commissioners shall be admitted to any share or part of this authorization or derive, either directly or indirectly, any pecuniary benefit to arise therefrom: Provided, however, that nothing herein contained shall be construed to extend to any incorporated company, if the authorization be for the benefit of such corporation.

7. This authorization may not be transferred or assigned without the written consent of the park area Superintendent.

8. This authorization may be terminated upon breach of any of the conditions herein or at the discretion of the park area Superintendent.

9. The holder is not entitled to any preference to renewal of this authorization except to the extent otherwise expressly provided by law. This authorization is not exclusive and is not a concession contract.

10. The holder shall not construct any structures, fixtures or improvements in the park area. The holder shall not engage in any groundbreaking activities without the express, written approval of the park area superintendent.

11. The holder is to provide the park area superintendent upon request (and. in any event, immediately after expiration of this authorization) a statement of its gross receipts from its activities under this authorization and ~~any other specific~~ information related to the holder's ~~operations that the~~ park ~~area superintendent may request,~~ including but not limited to, visitor use statistics and resource impact assessments.

12. The holder is to maintain an accounting system under which its accounts can be readily identified within its system of accounts classification. This accounting system must be capable of providing the information required by this authorization. The holder grants the United States of America and the General Accounting Office access to its books and records at any time for the purpose of determining compliance with the terms and conditions of this authorization.

13. To operate and provide passenger transportation for up to 100 passengers to and from Dry Tortugas National Park. Only 50 snorkelers are allowed at one time while within the boundaries of Dry Tortugas National Park.

# M--Questions and Answers from Dry Tortugas National Park Site Visit - Part II

**Solicitation Number: CC-DRTO001-08**
Agency: Department of the Interior
Office: National Park Service
Location: NPS - All Offices

---

**Notice Type:**
Modification/Amendment

**Posted Date:**
July 29, 2008

**Original Response Date:**
July 9, 2008

**Original Archive Date:**
April 25, 2009

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
M -- Operation of Government-owned facilities

**Original Posted Date:**
April 25, 2008

**Response Date:**
August 13, 2008

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
July 29, 2009

---

**Synopsis:**
Added: Apr 25, 2008 9:16 am Modified: Jul 29, 2008 8:16 am Track Changes
To: All Recipients of the prospectus: CC-DRTO001-08- A Concession Business Opportunity for round trip passenger ferry service between Key West, FL and Dry Tortugas National Park and other specified services
NPS RESPONSES TO QUESTIONS SUBMITTED BY SUNNY DAYS CATAMARANS

**Ex. B**

QUESTION 15

[Ref.: Draft Contract. Since the Services Contract Act (SCA) normally would apply to contracts such as this one, has the NPS received a DoL exemption from the Services Contract Act for this competition?

NPS RESPONSE The NPS believes the Services Contract Act does not apply in the circumstances presented by this concession opportunity. However, if it is determined that this Contract is subject to the Service Contract Act, then pursuant to the provisions of Section 5 of this Contract, which requires compliance with all Applicable Laws, the appropriate provisions of the Service Contract Act will be incorporated into this Contract. To: All Recipients of the prospectus: CC-DRTO001-08- A Concession Business Opportunity for round trip passenger ferry service between Key West, FL and Dry Tortugas National Park and other specified services