# Exhibit 2

# Business Opportunity
# For Concession Operations
# at Dry Tortugas National Park

## For Round Trip Passenger Ferry Service between Key West, Florida, and Dry Tortugas National Park and Other Specified Services

*Department of the Interior*

National Park Service

**Ex. 2**

# SUMMARY OF BUSINESS OPPORTUNITY

This summary provides a synopsis of key elements of the National Park Service (Service) Draft Concession Contract for passenger ferry boat operations at Dry Tortugas National Park (CC-DRTO001-08). In the event of any inconsistency between the terms of the attached Draft Contract and this summary, the Draft Contract prevails.

### *Nature of Business and Services Provided*

The Business Opportunity section of this Prospectus provides general information regarding the passenger ferry boat operations from Key West, Florida, to Garden Key at Dry Tortugas National Park. The business opportunity addresses the year-round commercial visitor services and describes essential personal property required within the Draft Contract. The following visitor services are required and authorized:

### *Required Services for the Contract*

| | |
|---|---|
| Passenger Ferry Service | Daily ferry service (one round trip) from Key West, Florida to Garden Key in Dry Tortugas National Park, not to exceed 150 visitors. |
| Interpretive Program | Provide interpretive service on board the vessel and on-site tours of Fort Jefferson in Garden Key. |
| Food Service | Provide breakfast and lunch services each day on board the vessel to ferry patrons at no additional cost on the day they travel to Dry Tortugas National Park. |
| Audio Program | Provide a National Park Service developed self-guided audio tour program for ferry and non-ferry patrons |
| Snorkel Service | Offer snorkel equipment and one (1) instructor for ferry patrons at no additional cost. |

### *Authorized Services for the Contract*

| | |
|---|---|
| Beverage Services | Alcoholic beverages for sale on the ferry upon departure from the Garden Key. |
| Retail Services | Convenience, sundry and souvenir items |
| Food Service | Provide lunch and water-refill services on board the vessel to visitors who are not ferry patrons for a fee. This includes campers who traveled to Dry Tortugas on board the ferry on an earlier day. |
| Vessel Transportation to and from Loggerhead Key | Offer daily transportation to Loggerhead Key from Garden Key not to exceed six (6) visitors per day. |

***Estimated Annual Gross Receipts by Year (Combined Operators, rounded):***

Transportation to the Park is provided largely by two current permit holders, each of which operates daily service between Key West and Garden Key in Dry Tortugas National Park.

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| $4,398,000 | $4,763,000 | $4,932,000 | $4,539,000 | $4,739,000 | $5,118,000 | $5,798,000 |

***Minimum Franchise Fee:***

8.5 percent of annual gross receipts

***Term of New Contract:***

This Draft Contract is for a term of 10 years beginning on its effective date estimated as October 1, 2008. The effective date of this Draft Contract is subject to change prior to contract award if determined necessary by the Service. The expiration date of the Draft Contract will be changed to continue the same term length if a material adjustment is made in the effective date.

***No Preferred Offeror***

The Director has determined that no preferred Offeror for this Draft Contract exists pursuant to the terms of 36 CFR Part 51 identified in the Appendix of this Prospectus. This solicitation for commercial services is fully competitive.

# TABLE OF CONTENTS


**SUMMARY OF BUSINESS OPPORTUNITY** ..... 1
**INTRODUCTION** ..... 1
- THE NATIONAL PARK SERVICE AND ITS MISSION ..... 1
- DRY TORTUGAS NATIONAL PARK ..... 1

**MARKET AREA OVERVIEW** ..... 5
- FLORIDA TOURISM MARKET ..... 5
- LOCAL MARKET AREA (KEY WEST) ..... 6
- LOCAL VISITOR SERVICES ..... 9
- PARK VISITOR SERVICES ..... 10
- GENERAL MANAGEMENT PLAN / COMMERCIAL SERVICES PLAN ..... 14
- ADDITIONAL FACTORS ..... 14

**EXISTING OPERATION** ..... 15
- FERRY SERVICE ..... 15

**FUTURE OPERATIONS** ..... 16
- REQUIRED VISITOR SERVICES ..... 16
- AUTHORIZED SERVICES ..... 17
- AUTHORIZED VISITOR SERVICES ..... 18

**VESSEL REQUIREMENTS** ..... 19
- INTERIM VESSEL ..... 19
- PRIMARY VESSEL ..... 20
- LOGGERHEAD KEY VESSEL (AUTHORIZED SERVICE) ..... 20

**FINANCIAL AND OPERATING DATA** ..... 22
- HISTORIC CONTRACT FERRY SERVICES ..... 22
- COMBINED UTILIZATION AND REVENUE ..... 24
- DAYS OF OPERATION ..... 25
- ESTIMATE OF FUTURE TRANSPORTATION REVENUE ..... 26
- AUDIO PROGRAM ..... 26

**INVESTMENT ANALYSIS** ..... 28
- ESTIMATED INVESTMENT ..... 28

**FRANCHISE FEE** ..... 29
**TERM AND EFFECTIVE DATE OF NEW CONTRACT** ..... 29
**SITE VISIT** ..... 29

# INTRODUCTION

The National Park Service (NPS) intends to award a new concession contract for ferry and other visitor services at Dry Tortugas National Park ("Dry Tortugas NP," or "Park"). This Prospectus describes in general terms the existing business operations and future business opportunities for the services required under the new contract. Offerors are responsible for reviewing all sections of this Prospectus and the terms and conditions of the attached Draft Concession Contract CC-DRTO001-08 (Draft Contract), including its exhibits, to determine the full scope of a future Concessioner's responsibilities under the Draft Contract. This Prospectus is issued under the authority of the National Park Service Concessions Management Improvement Act of 1998 ("PL 105-391").

This solicitation is being conducted in accordance with PL 105-391 and its implementing regulations, 36 CFR Part 51. In the event of any inconsistency between the terms of this Prospectus and 36 CFR Part 51, the terms of 36 CFR Part 51 will control. Additionally, in the event of any inconsistency between the terms of the attached Draft Contract and this Business Opportunity section, the attached Draft Contract will control. Copies of P.L. 105-391 and 36 CFR Part 51 are included as Appendices to this Prospectus.

The term "Concessioner" as used in this Prospectus refers to the entity who will be the concessioner under the Draft Contract.

### The National Park Service and Its Mission

America's National Park Service was created by Congress to:

> ...conserve the scenery and the natural and historic objects and the wild life therein, and to provide for the enjoyment of the same in such a manner and by such means as will leave them unimpaired for the enjoyment of future generations.

Additionally, the Congress has declared that the National Park System should be:

> ...preserved and managed for the benefit and inspiration of all the people of the United States.

To learn more about the National Park Service, visit our website at www.nps.gov. This site includes information about who we are, our mission, NPS policies and individual park information.

### Dry Tortugas National Park

Fort Jefferson National Monument was established by Presidential Proclamation in 1935 to protect historic Fort Jefferson. In 1992, Congress changed the name of the national monument to Dry Tortugas National Park to provide additional management protection of the area's subtropical marine system, coral reefs, fisheries, nesting birds, sea turtles, and other wildlife. Public Law 102-525 sets forth the area to "preserve and protect for the education, inspiration, and enjoyment of present and future generations nationally significant natural, historic, scenic, marine, and scientific values in South Florida." Fort Jefferson, located on Garden Key, remains one of the main highlights of the Park. Fort Jefferson is the largest 19th century American coastal fort.

Congress directed the Secretary of the Interior to manage the Park for the following purposes:

1. To protect and interpret a pristine subtropical marine ecosystem, including an intact coral reef community.
2. To protect populations of fish and wildlife, including (but not limited to) loggerhead and green sea turtles, sooty terns, frigate birds, and numerous migratory bird species.
3. To protect the pristine natural environment of the Dry Tortugas group of islands.
4. To protect, stabilize, restore, and interpret Fort Jefferson, an outstanding example of nineteenth century masonry fortification.
5. To preserve and protect submerged cultural resources.
6. To provide opportunities for scientific research, in a manner consistent with paragraphs (1) through (5).

Dry Tortugas National Park is comprised of a 100-square mile area featuring seven keys (islands) located approximately 70 miles west of Key West, Florida, Discovered in 1513 by Spanish explorer Ponce de Leon, the abundance of sea turtles and lack of fresh water led to the name Dry Tortugas. The islands and reefs comprise one of the greatest concentrations of historically significant shipwrecks in North America, with the earliest known shipwreck occurring in 1622. Park features also include one of the most isolated and least disturbed habitats for endangered and threatened sea turtles, the only significant sooty and noddy tern nesting colonies in the United States, the only frigate bird nesting colony in the continental United States and also serves as an important resting spot for migrating birds.



Photograph 1

Aerial view of Fort Jefferson

The Florida Keys National Marine Sanctuary administered by the National Oceanic and Atmospheric Administration ("NOAA") surrounds Dry Tortugas National Park. This extraordinary area is known for its expansive coral reefs, seagrass meadows and clear blue waters, supporting a diverse range of marine life. The Tortugas contains the healthiest reefs and the cleanest waters found in the Florida Keys. In addition, more than 300 species of reef fish have been identified within the Park.

**Exhibit 1 – Dry Tortugas National Park Map**




Garden Key houses Fort Jefferson and currently serves as the focal point of activity within the Park. Loggerhead Key is the largest key, containing a brick tower lighthouse that was completed in 1858 that is still operable (but not open to visitation). The remaining keys are Bush, Long, East, Hospital, and Middle. Hospital and Long Key are closed to visitors all year due to the presence of turtle and bird nesting sites. Bush Key is closed during bird nesting season. East Key is also a significant turtle nesting area and is closed during the nesting/hatching period.

Additional information on Dry Tortugas National Park can de found at www.nps.gov/drto.

## Exhibit 2 – Garden Key Map




*Source: National Park Service*

# MARKET AREA OVERVIEW

**Florida Tourism Market**

Florida is a major domestic and international tourist destination. Tourist amenities offer four major theme park empires including Walt Disney World, 1,100 miles of sand beaches spread between the Gulf of Mexico and the Atlantic Ocean, and a climate that remains warm throughout the year. Additionally, Florida has 156 state parks comprising more than 400,000 acres, 31 state forests, eleven units of the National Park System, three units of the National Forest Service, and 13 National Wildlife Refuges and National Marine Sanctuaries.

Florida is home to the world's two largest cruise lines, both of which are based in Miami and use Florida's coastal cities as ports of embarkation for their Caribbean cruises. Visit Florida, the not-for-profit corporation that markets Florida tourism, reports that more than 13 4 million cruise passengers utilized Florida's ports in 2006.

Nearly 85 million people visited Florida in 2006, according to Visit Florida. This represents 4.5 times the number of Florida residents; a statistic that illustrates tourism is a driving force behind the state's economy. The following chart presents Florida visitation by quarter for 2003 through the first quarter estimate of 2007. As the chart illustrates, the first two quarters of each year typically experience higher visitation than the last two quarters. Approximately 23 million visitors came to the state during the first quarter of 2007, as compared to 23.1 million during the first quarter of 2006.

**Exhibit 3 – 2003-2007 YTD Florida Visitation by Quarter**




*Source: Visit Florida*

According to Visit Florida, in 2006 domestic visitors accounted for 92 percent of the total, overseas visitors accounted for nearly five percent, and Canadian visitors, the state's largest single international visitor component, made up the remaining three percent. The top contributors to overseas visitors were the United Kingdom and Germany. Based on information from 2006, approximately half of Florida visitors arrived by air, with the balance arriving by either ground or water transportation. The Florida Tourism industry generated $65.0 billion in revenue during 2006.

According to the U.S. Census Bureau, more than 16 million people reside within Florida's approximately 54,000 square miles of land. This makes Florida the fourth most populous state in the U.S. and larger than England in physical size. Not surprisingly, the service industry, with more than 2.6 million employees in 2000 make up the largest component of the state's economy. The state's largest single industry is tourism, which employed more than 983,000 Floridians in 2006. The state's unemployment rate was 3.4 percent in May 2007 on a seasonally adjusted basis.

**Local Market Area (Key West)**

Key West is the southernmost city in the continental United States. It is accessible by road via US1, by airplane via the Key West International Airport, and boat via the city's marinas. The island is a popular tourist destination due to its climate and local activities. Key West is also a port of call for most major cruise lines, hosting approximately three cruise ships each day. In fact, the island's economy is driven almost entirely by tourism and the service industries. Key West is also home to several current and former military facilities, as well as the Fort Zachary Taylor State Historic Site, which encompasses 87 acres and features a fort whose construction began in 1845, one year before construction began on Fort Jefferson in the Dry Tortugas.

With an inventory of approximately 5,200 rooms, Key West boasts a significant density of overnight lodging. Over the last few years, Key West has become more of a year-round destination, with hotel occupancy rarely falling below 60 percent in any given month. Like many markets, the Key West lodging market was negatively impacted by the events of September 11, 2001, and more recently, by hurricanes in 2004 and 2005. However, despite those events, lodging demand appears to have partially recovered in 2006, resulting in year-end occupancy of 73.5 percent, as compared to the 2005 level of 76.2 percent. For the first two months of 2007, monthly occupancy has been several percentage points above 2006 levels, but still below the monthly peak levels achieved in prior years.

**Exhibit 4 – Key West Hotel Occupancy: 2002-2007 YTD (April)**




*Source: Monroe County Tourist Development Council*

As the chart shows, Key West's visitation is somewhat seasonal, with more visitors arriving in winter and spring months than in summer and fall months. This is partly due to the fact that the city's climate is extremely warm and humid during the summer and fall months.

While hotel occupancy appears to have declined in 2005 and 2006, the average daily rate (ADR) has increased. For 2006, the ADR for Key West of $180 was approximately 9.3 percent above the 2005 level of $165. This upward trend appears to be continuing into 2007 as well, with an ADR of approximately $221. One factor that may be contributing to these rate increases is the conversion of some lower end (and lower-rated hotels) into condominiums.

**Exhibit 5 – Key West Hotel Average Daily Rate (ADR) 2002 – 2007**




*Source: Monroe County Tourist Development Council*

Key West has become a major destination and stop for several major cruise lines. The table below outlines cruise ship visitors to Key West from 1996 to 2007 year-to-date (February). Despite minor declines in the number of passengers from 2004 through 2006 (and YTD 2007), cruise ship visitation has increased dramatically in the ten year period since 1996.

**Exhibit 6 – Key West Cruise Ship Visitors: 1996 – 2007 YTD (February)**

| Year | Passengers | % Change |
|---|---|---|
| 1996 | 427,130 | 14.1% |
| 1997 | 588,791 | 37.8% |
| 1998 | 579,468 | -1.6% |
| 1999 | 630,856 | 8.9% |
| 2000 | 656,866 | 4.1% |
| 2001 | 678,988 | 3.4% |
| 2002 | 1,030,504 | 51.8% |
| 2003 | 1,067,222 | 3.6% |
| 2004 | 934,070 | -12.5% |
| 2005 | 925,795 | -0.9% |
| 2006 | 888,183 | -4.1% |
| 2006 YTD (1) | 181,830 | |
| 2007 YTD (1) | 148,771 | -18.2% |

*(1) YTD February*

*Source: Monroe County Tourist Development Council*

A Monroe County Tourist Development Council visitor survey conducted throughout the Florida Keys from March 2005 through February 2006 provides a revealing summary of tourism trends in the Keys. The survey indicated that nearly 37 percent of visitors drove their own vehicles to the Keys, with the remainder arriving by plane, boat, bus, or other means. Nearly 80 percent of respondents cited vacation or recreation as their primary reason for visiting the Keys, and the average length of stay was reported to be approximately six nights. Approximately 27 percent of respondents were not from the U.S., with Canada and the United Kingdom as the largest sources of foreign visitors. More than 35 percent of survey respondents were resident Floridians, with Georgia and New York as the next largest sources of domestic visitors.

Air service to Key West is provided through the Key West International Airport. In 2006, the Key West International Airport realized approximately 276,000 air travelers. The following chart shows deplanements at Key West International Airport from 1996 to 2007 YTD (February). The Key West International Airport is currently undergoing a $30 million expansion, which will include a new passenger terminal and parking garage.

**Exhibit 7 – Key West International Airport Deplanements 1996 – 2007 YTD (February)**

| Year | Deplanements | % Change |
|---|---|---|
| 1996 | 271,714 | 12.0% |
| 1997 | 267,732 | -1.5% |
| 1998 | 257,574 | -3.8% |
| 1999 | 268,940 | 4.4% |
| 2000 | 275,386 | 2.4% |
| 2001 | 255,850 | -7.1% |
| 2002 | 259,314 | 1.4% |
| 2003 | 286,833 | 10.6% |
| 2004 | 291,501 | 1.6% |
| 2005 | 313,869 | 7.7% |
| 2006 | 276,154 | -12.0% |
| 2006 YTD (1) | 54,621 | |
| 2007 YTD (1) | 49,908 | -8.6% |

YTD February 2007

*Source: Monroe County Tourist Development Council*

According to the U.S. Census Bureau, the 2000 population of Key West was 25,478. This represents a very minor increase of 2.6 percent from 24,832 in 1990 and an increase of 4.9 percent from 24,292 in 1980. Arts, entertainment, recreation, accommodation, and food service account for more than one-fourth of Key West employment, with retail trade accounting for an additional 11 percent. The overall unemployment rate for Key West was 1.9 percent as of April 2007, below the state and national unemployment rates.

**Local Visitor Services**

Key West offers numerous retail and dining establishments, primarily catering to tourists in the area. Additionally, there are numerous boat charter operations in the area, offering a variety of services, from partial-day and full-day fishing and bird-watching tours, to evening sunset cruises. However, only operators with Permits (Commercial Use Authorizations (CUA's) are currently authorized to carry passengers within the Park.

**Park Visitor Services**

Aside from the natural beauty of the environment and surrounding area and the historic value of Fort Jefferson, visitor services at Dry Tortugas National Park are limited. The Park operates a campground on Garden Key, along with a small visitor center operated by a cooperating association. Various Permit holders, namely fishing-charter boats, diving, and bird-watching operations, operate within the Park. The two ferry-operators offer tours of Fort Jefferson for their passengers only, while the Park has rangers on-duty to answer any visitor questions and offer tours of Fort Jefferson. Other popular activities include bird watching, boating, fishing, snorkeling and swimming.

From 1998 to 2000, Park visitation increased from nearly 69,000 to 95,000. The introduction of high-speed ferry service from Key West to the Park was the primary cause for this dramatic increase in visitation. In 2001, visitation declined to nearly 89,000 due primarily to the events of September 11, 2001. Since 2002, park visitation has declined to nearly 65,000 in 2005. The decline realized during this timeframe can be attributed to campground closures in 2003, and weather-related park closures in 2004 and 2005. In 2006, visitation increased to slightly over 69,000, but in 2007, visitation decreased to over 63,000. The table below outlines visitation by year from 1992 to 2007.

**Exhibit 8 – Dry Tortugas National Park Visitation Summary**




*Source: Dry Tortugas National Park*

Similar to Key West lodging occupancy trends, visitation to Dry Tortugas National Park does realize some seasonality, with March through July considered as peak months, January and February as "shoulder" months, and September through December as "off-season." The table below outlines visitation by month for 2000 to 2007.

**Exhibit 9 – Dry Tortugas National Park Visitation Summary by Month**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| January | 7,218 | 7,103 | 6,185 | 5,590 | 5,973 | 5,282 | 3,730 | 5,170 |
| February | 7,905 | 8,190 | 7,255 | 6,419 | 5,538 | 6,049 | 4,289 | 4,351 |
| March | 10,204 | 8,618 | 8,879 | 7,404 | 7,097 | 8,123 | 6,607 | 6,540 |
| April | 9,944 | 9,369 | 9,556 | 8,167 | 8,837 | 7,752 | 7,016 | 6,205 |
| May | 10,797 | 10,529 | 9,446 | 8,756 | 8,534 | 8,078 | 7,928 | 6,243 |
| June | 9,623 | 9,166 | 8,782 | 8,305 | 8,350 | 8,049 | 8,005 | 7,347 |
| July | 9,519 | 8,287 | 8,921 | 8,466 | 7,985 | 6,634 | 7,478 | 7,146 |
| August | 7,356 | 7,135 | 7,325 | 6,898 | 2,864 | 5,574 | 4,342 | 5,839 |
| September | 4,356 | 4,235 | 3,827 | 3,665 | 1,596 | 1,240 | 3,731 | 3,044 |
| October | 5,557 | 4,686 | 5,468 | 5,599 | 4,893 | 2,510 | 3,901 | 2,810 |
| November | 7,269 | 5,556 | 4,924 | 5,222 | 5,169 | 1,125 | 5,134 | 4,535 |
| December | 5,513 | 5,800 | 5,783 | 5,011 | 5,043 | 4,401 | 6,973 | 4,245 |
| **Total** | **95,261** | **88,674** | **86,351** | **79,502** | **71,879** | **64,817** | **69,134** | **63,475** |

*Source: Dry Tortugas National Park*

### *2002 Visitor Survey*

On March 20-26, 2002, a visitor survey was conducted at Dry Tortugas National Park. A total of 400 surveys were distributed, with 311 (78 percent) returned. The following points outline some of the findings and highlights of the study.

- Forty-eight percent of visitors were groups of two; thirty-five percent were in groups of three or four. Fifty-nine percent of the visitor groups were family groups.
- Most visitors (69 percent) arrived by ferry; the others arrived by seaplane (11 percent) and commercial charter boat (10 percent).
- United States visitors were from Florida (22 percent), New York (10 percent), Pennsylvania (5 percent) along with 36 other states and Washington DC. Four percent of all visitors were international.
- On this visit, the most common activities were snorkeling (74 percent), self-guided tour of Fort Jefferson (62 percent) and swimming at beach (60 percent).
- The most common reasons for visiting Dry Tortugas National Park on this visit were learning about history (78 percent) and snorkeling/diving (77 percent).
- The average visitor group expenditure in and outside the Park (Florida Keys, Miami area and Naples area) was $1,626. The average per capita was $554.
- Most visitor groups (93 percent) rated the overall quality of visitor services at Dry Tortugas National Park as “very good” or “good.” No visitor groups rated the overall quality of visitor services as “very poor.”
- Visitors were asked to report weather and sea conditions on their visit in their own words. The table below outlines the responses.

**Exhibit 10 – Dry Tortugas Visitor Survey – Weather and Sea Conditions**

| Comment | Number of Times Mentioned |
|---|---|
| Sunny, beautiful, calm | 176 |
| Sunny, warm, light chop | 55 |
| Rough seas | 46 |
| Fair, warm, moderate chop | 39 |
| Multiple conditions on same trip | 25 |
| Sunny, warm | 24 |
| Rainy, overcast, choppy | 15 |
| Windy | 12 |
| Rain, wind | 7 |
| All Other | 14 |

*Source: Dry Tortugas National Park*

### *Campground Services*

There is one campground with eight individual sites and one group site, with a total 68 camper limit, located on Garden Key near the entrance to Fort Jefferson. The campground has been and will continue to be operated by the National Park Service. Campground utilization is presented in the following table.

**Exhibit 11 – Dry Tortugas Campground Utilization (People)**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| January | 429 | 495 | 445 | - | 227 | 335 | 165 | 98 |
| February | 373 | 405 | 389 | - | 263 | 476 | 281 | 121 |
| March | 760 | 908 | 808 | - | 685 | 672 | 601 | 240 |
| April | 992 | 790 | 670 | - | 868 | 599 | 495 | 34 |
| May | 947 | 862 | 951 | - | 551 | 623 | 381 | 106 |
| June | 784 | 986 | 415 | - | 588 | 564 | 550 | |
| July | 676 | 562 | - | - | 648 | 398 | 267 | |
| August | 216 | 424 | - | - | 148 | 321 | 162 | |
| September | 266 | 253 | - | - | 5 | 4 | 29 | |
| October | 120 | 276 | - | - | 98 | 42 | 36 | |
| November | 376 | 240 | - | - | 345 | 48 | 36 | |
| December | 386 | 419 | - | 10 | 250 | 230 | 49 | |
| **Total** | **6,325** | **6,620** | **3,678** | **10** | **4,676** | **4,312** | **3,052** | **599** |

*Source: Dry Tortugas National Park*

The campground was closed in June 2002 due to the closure of the island's restroom facilities. The campground reopened on December 29, 2003, after addressing the restroom issue.

### *Other Permits (CUA's)*

NPS permits other entities within the park to provide visitor services originating and terminating outside the park. Twenty-seven permit-holders provide commercial services to Park visitors, including the two existing ferry and one existing seaplane permit (commercial use authorizations).

A breakdown of permits by type is presented in the following chart.

**Exhibit 12 – Dry Tortugas 2006 Distribution of Permits (CUA's)**

| Category | No. of Permits (CUA) Holders as of 12/31/06 | No. of Permits (CUA's) by Category to be Authorized in 2008 |
|---|---|---|
| Fishing | 11 | 14 |
| Diving/Snorkeling | 6 | 5 |
| Air Transportation | 1 | 0 |
| Ferry | 2 | 0 |
| Birdwatching (Wildlife Viewing) | 7 | 9 |
| Sailing | 0 | 1 |
| **Total** | **27** | **29** |

*Source: Dry Tortugas National Park*

### *Air Transportation Services*

One seaplane operator provides day visitors with an alternative to ferry transportation to access the park. This service is currently provided under an Incidental Business Permit (IBP)/Permit (CUA). Seaplane utilization is presented in the following table. As of July 2007, the published price for seaplane service varies from $199 to $345 for adult half-day and full-day packages.

**Exhibit 13 – Dry Tortugas Seaplane Utilization (Number of Passengers)**




*YTD May 2007*
*Source: Dry Tortugas National Park*

The above table indicates that seaplane service was negatively impacted in 2001 but increased each year from 2002 to 2004, before declining in 2005, 2006 and 2007 YTD.

In addition to the two existing ferryboat operators and the seaplane operator discussed previously, the other permit holders are typically boat charter operations that cater primarily to groups staying overnight in the Park for birding or other specific reasons. It is anticipated that operations will continue to be authorized.

**General Management Plan / Commercial Services Plan**

In 2002, the Park finalized a revised General Management Plan ("GMP") and Commercial Services Plan ("CSP"). The following points outline several conclusions from the GMP and the CSP that impact the proposed concession contract:

- Due primarily to the dramatic increase in visitation to the Park from 1994 to 2000, daily arrivals and the total number of individuals at the island at any given time will be restricted to 330, as outlined below.

| | |
|---|---|
| Ferry | 150 |
| Seaplane | 60 |
| Private Boats/Commercial Use | 52 |
| Maximum number of campers | 68 |

- In an effort to enhance visitor satisfaction, tours of Fort Jefferson will be limited to 20-25 people per group, with starting times spread out to disperse visitors throughout the Fort.
- Inter-island transportation, specifically travel from Garden Key to Loggerhead Key, is authorized. Initially, the maximum number of visitors allowed will be restricted to 24 per day, with 12 from commercial use authorizations and concession activities, and 12 from private boats.
- The GMP specifies that the ferry needs to be "self-contained," meaning the vessel must haul its own garbage and waste each day, and may not rely on Park facilities for any purpose other than for docking.
- Access to areas of the Park (with the exception of Garden Key and Loggerhead Key) may be restricted in the future as various geographic areas have been re-designated for environmental protection purposes.

**Additional Factors**

***Park Entrance Fees***

In 2005, the NPS began to collect a $5.00 park entrance fee for visitors to the island. For ferry and seaplane passengers, the fee has been collected by the CUA operators at the time a ticket is purchased. For other visitors to the island, there is a self-pay station at Garden Key. Each fee is valid for seven days. The collection of the fee is not part of the Draft Contract; however, the Service intends to arrange for collection of park entrance fees separately, (under a contract or agreement).

***Sea Conditions***

The passage to and from the Park, especially through the Rebecca Channel, can often be rough, resulting at times in less than optimal conditions for patron comfort.

# EXISTING OPERATION

There are currently no existing concession contracts for commercial operations within Dry Tortugas National Park.

**Ferry Service**

Transportation to the Park by ferry boat is provided primarily by two current permit holders, each of which operates twin-hull vessels with service between Key West and the Dry Tortugas. Both operators travel to the Park in the morning, serve breakfast and lunch on board, provide an interpretive tour of historic Fort Jefferson and snorkel gear, and return to Key West in the afternoon.

One of the current operators uses a vessel with a capacity of 250 that is Coast Guard certified for 149 passengers, while the other uses a vessel with a capacity and Coast Guard certification for 100 passengers. Each operator is currently permitted to transport a maximum of 100 visitors to the Park daily.



Photograph 2 - Entrance to Fort Jefferson

# FUTURE OPERATIONS

The Draft Contract will require several of the existing services currently offered by the two currently permitted ferry operators and incorporate new services. Exhibit 14 identifies the required services for the Draft Contract. In case of any inconsistency between this section and the attached Draft Contract, the attached Draft Contract will control.

**Exhibit 14 – Required Services for the Contract**

| | |
|---|---|
| Passenger Ferry Service | Daily ferry service (one round trip) from Key West, Florida, to Garden Key in Dry Tortugas National Park, not to exceed 150 visitors. |
| Interpretive Program | Provide interpretive service on board the vessel and on-site tours of Fort Jefferson at Garden Key. |
| Food Service | Provide breakfast and lunch services each day on board the vessel to ferry patrons at no additional cost on the day they travel to Dry Tortugas National Park. |
| Audio Program | Provide a National Park Service developed self-guided audio tour program for ferry and non-ferry patrons |
| Snorkel Service | Offer snorkel equipment and one (1) instructor for ferry patrons at no additional cost. |

## Required Visitor Services

The Concessioner is required to provide the following visitor services during the term of this Contract:

### *Passenger Ferry Service*

The Concessioner will provide daily ferry transportation from Key West, Florida, to Garden Key in Dry Tortugas National Park. In accordance with the Park GMP, capacity will be limited to 150 visitors per day.

### *Staging, Docking and Departure Space in Key West, Florida*

The Concessioner is required to secure adequate staging, docking, and departure space in Key West, Florida in order to provide the services required under the Draft Contract. Adequate docking facilities in Key West, Florida are integral to the overall visitor experience. The Service expects that the staging, docking, and departure space will provide the same level and quality of visitor services as required for operations under the Draft Contract. All staging, docking, and departure space and operations must be in compliance with all applicable laws for the location. The following are minimum requirements for the Key West staging, docking and departure site. The Key West staging, docking and departure site must:

- Include structure(s) for conducting ticket sales, handling customer service communications, and appropriate office/storage space. The structure(s) should be located and configured to efficiently accommodate visitor flow to and from the ferry vessel(s) and the parking area. The preferable location for the ticket booth is between the parking area and the pier;

- Have access to restroom facilities that accommodate expected visitation for the ferry operations and that connect to the municipal water and sewer systems. Restroom facilities do not need to be exclusively for the ferry service patrons, but may be used by other tourists and patrons as long as sufficient space is available for park visitors;
- Provide adequate signs that detail services, pricing and schedules, and provide proper orientation of visitors to the activity and Dry Tortugas National Park. If space is available, place a Park provided exhibit dockside in Key West.

***Interpretive Program***

The Concessioner will provide an interpretive program on board the vessel during the trip to Dry Tortugas National Park. Upon arrival, the Concessioner will provide tours of Fort Jefferson offered by trained interpreters, with tour groups not to exceed 25 individuals in any one tour. Depending on demand, a maximum of six (6) tours may be provided daily. In addition, the concessioner will distribute a newspaper and other interpretive materials prepared by the Park to visitors when they initially board the vessel.

***Food Service***

The Concessioner will offer breakfast and lunch each day. Breakfast will be served during the trip out to Dry Tortugas. Lunch will be offered while docked at Dry Tortugas. Both meals will be served onboard the boat. The breakfast and lunch will be included in the price of the ferry ticket.

***Restroom Facilities***

While docked at the Park, the Concessioner will provide restroom facilities on board to ferry patrons only.

***Audio Program***

The Concessioner is required to implement an audio program in 2011 for both concession patrons and other visitors at Fort Jefferson. This program is optional for visitors and patrons to purchase. Prior to the commencement of this program, the Park, at its own expense, will develop all content related to this program (including script, voice-over, background music, etc.). Once the program is developed, the Concessioner will provide the equipment (e.g.,. mp3 player) for a fee, to be used for the audio tour . The fee must be approved by the Service. The concessioner will be responsible for maintaining the equipment (e.g., mp3player). The concessioner may require visitors to provide an additional deposit, the amount to be approved by the Service, to ensure the equipment is returned undamaged.

***Snorkel Equipment***

Snorkel equipment identified in Exhibit A - (Operating Plan) will be offered to all ferry concession patrons at no additional cost. In addition, the Concessioner is required to offer instruction on the use of snorkeling equipment to snorkelers on a daily basis.

***Authorized Services***

Exhibit 15 identifies the authorized services for the Contract.

**Exhibit 15 – Authorized Services for the Contract**

| | |
|---|---|
| Alcoholic Beverage Services | Alcoholic beverages for sale on the ferry upon departure from Garden Key |
| Retail Services | Convenience, sundry and souvenir items |
| Food Service | Offer lunch and water-refill services on board the vessel to visitors who are not ferry patrons for a fee. This includes campers who traveled to Garden Key on board the ferry on an earlier day. |
| Vessel Transportation to and from Loggerhead Key | Offer daily transportation to Loggerhead Key from Garden Key not to exceed six (6) visitors per day. |

### Authorized Visitor Services

The Concessioner is authorized but not required to provide the following visitor services during the term of this Contract:

***Alcohol Service Onboard Vessel during the Return Trip from Garden Key***

The Concessioner is authorized to offer alcoholic beverages onboard the vessel during the return trip from Garden Key to Key West.

***Retail Services***

The Concessioner will be authorized to offer limited onboard retail sales both during the trip to and from Dry Tortugas National Park and while the vessel is docked at the Park. Merchandise will include health, safety and convenience items, and souvenirs.

***Food Service***

The Concessioner is authorized to offer lunch and water-refill services on board the vessel(s) for non-ferry patrons for an additional charge. This includes campers who traveled to Garden Key on board the ferry on an earlier day.

***Loggerhead Key Transportation***

The Concessioner is authorized to provide passenger transportation from Garden Key to Loggerhead Key. If offered, this service will be available to all Park visitors, including campers, at Garden Key. The GMP allows for a total of 12 visitors per day to Loggerhead Key from commercial activities. The concessioner will be allowed to transport six (6) visitors per day. The remaining six visitors are allocated to other operators. Given the unknown market demand for this service and the restriction on capacity as outlined in the GMP, the Park will allow the concessioner to store a small six-passenger vessel at a location to be determined, on Garden Key to be used for this trip.

# VESSEL REQUIREMENTS

Given the proposed operations and requirements of the Draft Contract, there are no capital improvement projects required as part of the new concession operation. In accordance with the Park's GMP, which restricts the number of visitors arriving by ferryboat each day to 150 people, the Concessioner will provide vessels that meet the minimum requirements and delivery into service outlined in the following exhibits:

**Exhibit 16 – Required Vessels and Estimated Costs**

| Vessel | Delivery Into Service | Estimated Cost or Value[1] |
|---|---|---|
| Interim Vessel(s) | Beginning of Contract | $3,750,000 |
| Primary Vessel | 24 Months after Beginning of Contract | $5,750,000 |

[1] *Presented in 2007 dollars*

## Interim Vessel

Upon award of the new Contract, the Concessioner will be required to provide a vessel or vessels that meet the following requirements.

**Exhibit 17 – Interim Vessel Minimum Requirements**

| | |
|---|---|
| **Number of Vessels** | ▪ One or two vessels |
| **Capacity** | ▪ Each vessel needs to have a United States Coast Guard Certificate of Inspection for a minimum of 100 passengers plus required crew, with a route classification appropriate for the area<br>▪ Interior climate controlled seating area(s) with the combined vessels having a minimum capacity for 175 passengers.<br>▪ Minimum exterior seating for 60 passengers |
| **Certification** | ▪ Comply with all applicable laws, including without limitation, park, federal (e.g. US Coast Guard, US Public Health Service, OSHA, etc.) and state regulations concerning licensing, inspection, equipment, maintenance, food service and operations |
| **Speed** | ▪ Minimum of 26 knots sustainable loaded speed in six-foot seas |
| **Design** | ▪ Accessible to persons with disabilities (including people using wheelchairs) from embarkation in Key West through disembarkation at Garden Key.<br>▪ Windows to maximize views<br>▪ Exterior Deck and seating |
| **Accommodations** | ▪ Minimum of three unisex heads (separate facilities)<br>▪ Proper storage of the morning and noon meal<br>▪ Food serving area with sneeze guard |
| **Equipment** | ▪ Minimum of two propulsion engines per vessel<br>▪ Public address system<br>▪ Video monitors<br>▪ HVAC system for year-round operation<br>▪ Advanced First Aid Kit |
| **Interior Sound** | ▪ Interior noise cabin limited to 70 decibels |
| **Other** | ▪ Bench cushions, if any should be secured to benches<br>▪ Adequate number of trash cans (health and safety issue)<br>▪ Dry storage area for personal gear for campers<br>▪ Trip time not to exceed 2.5 hours each way<br>▪ Vessel(s) suitable for the use of existing piers at Garden Key |

### Primary Vessel

Within 24 months of award of the Contract, the Concessioner will be required to provide a single "primary" vessel that meets the following requirements. *A vessel used during the first 24 months (i.e. the interim vessel) that meets these requirements may serve as the primary vessel after the first 24 months of the contract.* The vessel requirements below apply to the primary vessel from the first day of the 25th month of the Contract through the end of the contract term.

**Exhibit 18 – Primary Vessel Minimum Requirements**

| | |
|---|---|
| **Capacity** | ▪ United States Coast Guard Certificate of Inspection for a minimum of 200 passengers plus required crew with a route classification appropriate for the area<br>▪ Interior climate controlled seating area having a minimum capacity for 200 passengers. Assorted six-top, four-top booth and individual seating configuration is preferable<br>▪ Exterior seating for at least 60 passengers |
| **Certification** | ▪ Comply with all applicable laws, including without limitation, park, federal (i.e. US Coast Guard, US Public Health Service, OSHA, etc.) and state regulations concerning licensing, inspection, equipment, maintenance, food service and operations |
| **Speed** | ▪ Minimum of 26 knots sustainable loaded speed in six-foot seas |
| **Design** | ▪ Accessible to persons with disabilities (including people using wheelchairs) from embarkation in Key West through disembarkation at Garden Key.<br>▪ Windows to maximize views<br>▪ Exterior Deck and seating |
| **Accommodations** | ▪ Minimum of four unisex heads (separate facilities)<br>▪ Suitable restroom size to allow passengers to change clothing<br>▪ Proper storage of the morning and noon meal<br>▪ Food serving area with sneeze guard |
| **Equipment** | ▪ Minimum of two propulsion engines<br>▪ Active ride control system (t-foils, interceptor plates, etc.)<br>▪ Public address system<br>▪ HVAC system for year-round operation<br>▪ Video monitors<br>▪ One automated External Defibrillator (AED)<br>▪ One advanced First Aid Kit |
| **Interior Sound** | ▪ Interior noise cabin limited to 70 decibels |
| **Hull Type** | ▪ Catamaran; capable of handling severe seas in relative comfort |
| **Other** | ▪ Bench cushions, if any should be secured to benches<br>▪ Adequate number of trash cans (health and safety issue)<br>▪ Dry storage area for personal gear for campers<br>▪ Trip time not to exceed 2.5 hours each way<br>▪ Vessel suitable for existing piers at Garden Key |

### Loggerhead Key Vessel (Authorized Service)

With regards to an authorized service in the Contract, if the Concessioner chooses to provide this inter-island transportation, one vessel that meets the minimum specifications is outlined in the table below.

## Exhibit 19 – Vessel Minimum Requirements for Inter-Island Transportation

| | |
|---|---|
| **Capacity** | ▪ United States Coast Guard Certificate of Inspection for a minimum of 6 passengers plus required crew with a route classification appropriate for the area. |
| **Certification** | ▪ Comply with all applicable laws, including without limitation, Park, Federal (i.e. US Coast Guard) and state regulations concerning licensing, inspection, equipment, maintenance, and operations |
| **Speed** | ▪ Minimum of 30 knot sustainable loaded speed |
| **Design** | ▪ Comply with Americans with Disabilities Act (ADA) dimensional requirements for handicap access where applicable to passengers |
| **Accommodations** | ▪ Comply with all Park, federal (i.e. US Coast Guard) and state regulations concerning licensing, inspection, equipment, maintenance, and operations |
| **Equipment** | ▪ Diesel-fuel operated propulsion engine |
| **Other** | ▪ Vessel capable of handling rough seas in relative comfort. |


Photograph 3 –
Fort Jefferson interior

# FINANCIAL AND OPERATING DATA

The proposal package requires Offerors to develop financial projections based on the services to be provided. In order to assist the Offerors in the development of these projections, information regarding the utilization and operating data as well as some baseline projections for the services to be provided under the new contract is presented on the following pages. Please note that operating projections are only estimates based on assumptions that take into account publicly available appropriate historical data, industry standards, and other considerations. For example, an annual inflation rate of 2.5 percent is assumed for the purposes of this prospectus.

Some or all of the projections may not materialize and unanticipated events may occur that will affect these projections. Due to the fact that authorized services are services that may or may not be offered by a Concessioner, the estimates do not include revenues or expenses associated with authorized services. Offerors should be appropriately cautious in the use of all operating estimates. Although the Service does provide some financial projections, Offerors are responsible for producing their own prospective financial analyses and may not rely on Service projections. The Service does not warrant and assumes no liability for the accuracy of the financial projections, assumptions, or estimates contained in this prospectus.

**Historic Ferry Service Operations**

The two current Permit holders, Yankee Fleet and Sunny Days Catamarans, currently provide passenger ferry day trips to the Park's Garden Key from Key West. Each permit holder is authorized to make one (1) trip per day. The trip is approximately 2.5 hours each way on the current vessels, with both operators departing from Key West at approximately 8:00 AM and returning to Key West at approximately 5:30 PM. The price of the excursion, regardless of operator, currently includes a continental breakfast aboard the vessel during the trip to the Park, a guided tour of Fort Jefferson, a picnic lunch on Garden Key, and snorkel equipment for use at the Park. The current operators also provide interpretive materials produced by the Park during the trip to Garden Key. The stated ferry prices as of June 2007 are as follows:

**Exhibit 20 – Dry Tortugas 2007 Ferry Prices**

| | Sunny Days Fast Cat II | Yankee Fleet Yankee Freedom II |
|---|---|---|
| Adults | $125.00 | $139.00 |
| Children | $90.00 | $94.00 |
| Seniors, Students Active Miltary Personnel | $115.00 | $129.00 |
| Adult Campers | $155.00 | $169.00 |
| Child Campers | $120.00 | $124.00 |
| Seniors, Students Active Miltary Personnel | $150.00 | -- |

*Notes: Both fares include $5.00 park entrance fee*
*Source: Yankee Fleet; Sunny Days Catamarans*

Yankee Fleet's Yankee Freedom II is a twin-hull metal vessel with a capacity of 250 passengers. The vessel is certified by the U.S. Coast Guard to carry 149 passengers, and the Park Service currently limits the operator to 100 daily visitors. The historical utilization for the Yankee Freedom II is presented in the following table.

**Exhibit 21 – Yankee Freedom II Utilization (Number of Passengers)**

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| January | 1,895 | 2,250 | 1,746 | 1,954 | 1,714 | 1,469 | 2,059 |
| February | 2,516 | 2,557 | 2,157 | 2,497 | 2,135 | 1,698 | 1,860 |
| March | 2,734 | 2,738 | 2,716 | 2,589 | 2,691 | 2,373 | 2,612 |
| April | 2,610 | 2,739 | 2,370 | 2,503 | 2,496 | 2,597 | 2,770 |
| May | 2,864 | 2,945 | 2,553 | 2,693 | 2,846 | 2,494 | 2,703 |
| June | 3,079 | 3,055 | 2,878 | 2,800 | 2,477 | 2,768 | 2,760 |
| July | 3,149 | 3,199 | 3,038 | 3,015 | 2,509 | 2,906 | 3,099 |
| August | 2,647 | 2,779 | 2,537 | 971 | 2,052 | 1,684 | 2,349 |
| September | 1,458 | 1,442 | 1,270 | 555 | NA | 1,003 | 950 |
| October | 1,603 | 2,160 | 1,882 | 1,609 | NA | 1,413 | 1,436 |
| November | 1,977 | 952 | 1,675 | 1,932 | NA | 1,409 | 2,071 |
| December | 2,357 | 2,209 | 1,932 | 1,879 | NA | 1,793 | 1,631 |
| TOTAL | 28,889 | 29,025 | 26,754 | 24,997 | 18,920 | 23,607 | 26,300 |

*Source: Dry Tortugas National Park (based on monthly report from operator)*

As shown in the above table, the Yankee Freedom II experienced a decline in demand in the latter part of 2004 and 2005, due in part to hurricanes and weather-related closures. Similar to park visitation, demand appears to have partially recovered in 2006 and 2007.

Sunny Days Catamarans operates the Fast Cat II, a twin-hull composite vessel with a capacity of 100 passengers. The vessel is certified by the U.S. Coast Guard for 100 passengers and, like the Yankee Freedom II, is limited by the Park Service to 100 daily visitors. Historical utilization for the Fast Cat II is presented in the following table.

**Exhibit 22 – Fast Cat II Utilization (Number of Passengers)**

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| January | 1,569 | 1,243 | 1,445 | 1,816 | 1,458 | 878 | 1,391 |
| February | 2,204 | 1,827 | 2,087 | 888 | 1,646 | 1,385 | 1,274 |
| March | 2,517 | 2,423 | 2,577 | 2,078 | 2,444 | 2,186 | 1,964 |
| April | 2,494 | 2,525 | 2,467 | 2,302 | 2,211 | 2,404 | 2,235 |
| May | 2,487 | 2,537 | 2,470 | 2,177 | 2,467 | 2,453 | 1,637 |
| June | 2,713 | 2,788 | 2,484 | 2,273 | 2,595 | 2,222 | 2,203 |
| July | 2,623 | 3,032 | 2,816 | 1,953 | 2,386 | 2,769 | 2,740 |
| August | 2,583 | 2,515 | 2,552 | 1,024 | 2,025 | 1,712 | 2,074 |
| September | 1,098 | 1,264 | 1,405 | 459 | 786 | 1,159 | 1,376 |
| October | 1,095 | 1,483 | 1,923 | 1,374 | 744 | 1,130 | 670 |
| November | 1,183 | 1,903 | 1,754 | 1,236 | 384 | 1,274 | 1,104 |
| December | 1,206 | 1,150 | 1,184 | 1,160 | 1,210 | 1,262 | 972 |
| TOTAL | 23,772 | 24,690 | 25,164 | 18,740 | 20,356 | 20,834 | 19,640 |

*Source: Dry Tortugas National Park (based on monthly report from operator)*

After increasing to over 25,000 passengers in 2003, the operation appears to have been impacted by weather and mechanical issues in 2004 through 2007.

**Combined Utilization and Revenue**

Combined, the two ferry operators provided service to approximately 45,900 passengers in 2007, with total revenue of approximately $5,798,000. While limited financial information is available, total revenue per passenger (total reported revenue divided by annual number of passengers) was approximately $106 on the Fast Cat in 2007, and $128 on the Yankee Freedom II. The average revenue per passenger for the two operations was an estimated $117 in 2007, compared to $115 in 2006, $111 in 2005 and $102 in 2004. Historical total revenue and revenue per passenger is presented in the table below.

**Exhibit 23 – Reported Revenue and Revenue per Passenger**




*Source: Dry Tortugas National Park (based on annual summary from each operator; passenger numbers may vary from monthly reports)*

Yankee Fleet has realized increases in revenue per passenger each year due to annual price increases of approximately five percent. Prior to 2006, Fast Cat typically maintained rates for two consecutive years, and then increases rates by eight to ten percent. Both operators increased rates in 2006 and again in 2007

## Days of Operation

From 1999 to 2002, the average days of operation fluctuated slightly, from 321 to 340 days per year. However, with the hurricanes and hurricane scares of 2004 and 2005, combined with some mechanical failures, the average number of days declined. The exhibit below presents a summary of trips per month for the two operators for 2006.

**Exhibit 24 – Days of Operation**

| 2006 | Yankee Fleet | Sunny Days |
|---|---|---|
| Jan | 28 | 23 |
| Feb | 26 | 26 |
| Mar | 30 | 30 |
| Apr | 30 | 30 |
| May | 31 | 31 |
| Jun | 28 | 25 |
| Jul | 31 | 31 |
| Aug | 25 | 24 |
| Sep | 24 | 30 |
| Oct | 29 | 28 |
| Nov | 26 | 26 |
| Dec | 27 | 19 |
| Total | 335 | 323 |

*Based on monthly reports from operators; may differ from annual summary*
*Source: Dry Tortugas National Park*

### Estimate of Future Transportation Revenue

Based in part on historical utilization, the Park projects days of operation to be 330 days per year, resulting in a capacity of 49,500 available seats (150 seats per day in accordance with the GMP). Taking into account the reduction in island carrying capacity and an estimated stabilized utilization rate of 88 percent, the Park estimates revenue for transportation as follows.

**Exhibit 25 – Transportation Revenue Projections – Years 1 to 5**




*Source: Dry Tortugas National Park*

### Audio Program

In an effort to enhance the interpretive message at Fort Jefferson at Garden Key, the Service will develop content for an interactive program (audio program). The concessioner is required to

offer this service once the content is developed. Estimates for audio program revenue are based on the following assumptions.

- The NPS will be responsible for the development of content for the audio program. This content is anticipated to be available by the end of Year Three of the concession contract. As a result, 2011 (Year Four) will be the first year of revenue for this program.
- While NPS approval for pricing of the audio program will be required, it is estimated to be not less than $3.75 in 2011.
- The NPS estimates assume that the audio program will be an optional purchase for patrons. Participation rates are estimated to vary from 25 to 35 percent. In addition, a portion of other (non-concession) patrons to the Park will rent units.

Based on the assumptions above, audio revenue is estimated to be $50,000 in 2011 (Year Four), increasing to $79,000 by 2014 (Year Seven). This represents approximately one percent of total contract revenue.

**Expenses**

- Direct expenses: 17 to 21 percent of total revenue
- Indirect expenses, including fuel, utilities and insurance: 50 to 55 percent of revenue

# INVESTMENT ANALYSIS

## Estimated Investment

The following table details the Service's estimate of investments required by the concessioner calculated for the purposes of this analysis. Offerors should not rely on the Service estimates in preparing and submitting proposals in response to this Prospectus. It is the responsibility of Offerors to make their own estimates of value.

**Exhibit 26 – Estimated Required Total Investment**

| Vessel | Delivery Into Service | Estimated Cost or Value |
|---|---|---|
| Interim Vessel(s) | Beginning of Contract | $3,750,000 |
| Primary Vessel | 24 Months after Beginning of Contract | $5,750,000 |

*[1]Presented in 2007 dollars*
*Source: Dry Tortugas National Park*

## FRANCHISE FEE

The minimum franchise fee under the Draft Contract is eight point five percent (8.5%) percent of annual gross receipts.

## TERM AND EFFECTIVE DATE OF NEW CONTRACT

This Draft Contract is for a term of 10 years beginning on its effective date, estimated as October 1, 2008. The effective date of the Draft Contract is subject to change prior to award if determined necessary by the Service. The expiration date of the Draft Contract will be changed if a material adjustment is made that would significantly impact the business opportunity.

## SITE VISIT

A one-day site visit will occur on the date listed on the front page of this Prospectus. Additionally, a subsequent notice will be published at www.fedbizopps.gov. At that time, an overview of the Services will be provided by Service concessions management personnel, along with a tour of the existing facilities associated with this Draft Contract. Questions regarding the date, time and location of the site visit should be directed to:

Cherrie Brice,
Concessions Management Specialist
Southeast Region
National Park Service
Atlanta Federal Center
Building 1924
100 Alabama Street, SW
Atlanta, GA 30303
Cherrie_brice@nps.gov