# Exhibit 4

**U.S. Department of Labor**

**Employment Standards Administration
Wage and Hour Division
Washington, D.C. 20210**

January 6, 2006

Fran Mainella, Director
National Park Service
U.S. Department of the Interior
1849 C. Street, NW
Washington, D.C. 20240

Re: National Park Service (NPS) Contract No. CC-8073-3-0019 and its extension, and proposed Contract No. CC-GOGA001-05 for water and land transportation services to Alcatraz Island, California

Dear Ms. Mainella:

This is to advise that a request for a determination on the applicability of the McNamara-O'Hara Service Contract Act (SCA) has been made on the referenced contracts by the International Longshore and Warehouse Union, AFL-CIO, San Francisco, California. Accordingly, on the union's behalf, Congresswoman Nancy Pelosi has requested the Department of Labor to issue a coverage determination expeditiously in this matter.

By its terms, the SCA applies to all contracts entered into by the United States or the District of Columbia that are principally for the furnishing of services through the use of service employees. Based on the language of the SCA, if a contract is "entered into" by and with the Government, and if its principal purpose is "to furnish services in the United States through the use of service employees," it is subject to the SCA. There is no limitation in the Act relating to the beneficiary of the services, nor is there any limitation that the Act covers only contracts for services of direct benefit to the Government, as distinguished from the general public. If the principal purpose of the Government contract is to provide services through the use of service employees, the contract is covered by the SCA, regardless of the beneficiary of the services or the source of funds from which the contractor is paid for the services, and regardless of whether the contractor performs the work in its own establishment, on a Government installation, or elsewhere. (§ 4.133(a))

**Ex. 4**

The SCA, however, authorizes the Secretary of Labor to provide reasonable limitations, variations, tolerances, and exemptions from its provisions to special circumstances where it is found to be necessary and proper in the public interest, or to avoid serious impairment to the conduct of Government business, and is in accord with its remedial purpose to protect prevailing labor standards. In this regard, the SCA regulations (29 CFR 4.133(b)) exempt from coverage certain concession contracts in national parks and national forests principally for the furnishing of food, lodging, automobile fuel, souvenirs, newspaper stands, and recreational equipment to the general public.

It is our understanding that the contracts in question exceed $2,500, are principally to furnish transportation services to visitors, NPS staff, and supplies to Alcatraz Island, and to maintain dock and landside facilities through the use of service employees. In the event that NPS has not incorporated SCA labor standards provisions and all applicable wage determinations into the referenced contracts, we request that NPS provide us with the reasons for not including SCA in these contracts within 21 days of the date of this letter. .

If you should require further assistance, please contact Ms. Michelle Bechtoldt of my staff at (202) 693-0510.

Sincerely,

/S/

Timothy J. Helm
Office of Enforcement Policy
Government Contracts Team