# Exhibit 6

# BUSINESS OPPORTUNITY

**For Ferry Service**

**at Statue of Liberty National Monument and Ellis Island**

## CC-STLI001-07

*Department of the Interior*

National Park Service

**Ex. 6**

## SUMMARY OF BUSINESS OPPORTUNITY

The purpose of this Summary is to provide a synopsis of the key elements of National Park Service Draft Concession Contract CC-STLI001-07, including its exhibits ("Draft Contract"), included in this Prospectus, for the ferry service concession at the Statue of Liberty National Monument and Ellis Island. In the event of any inconsistency between the terms of the Draft Contract and this Summary, the Draft Contract will prevail.

### Nature of the Business and Services Provided

The Business Opportunity section of this Prospectus describes the commercial visitor services required within the Draft Contract. The following visitor services are required:

**Required Visitor Services for the Draft Contract**

| | |
|---|---|
| **Ferry Service** | Year-round, scheduled boat transportation for Park visitors to, from and between Liberty and Ellis Islands; originating from and returning to NPS-approved locations in, adjoining, or in proximity to Battery Park (Manhattan) and Liberty State Park (Jersey City). |
| **Food and Beverage Service** | Sale of snack foods and non-alcoholic beverages on board vessels, as approved by the Superintendent. |
| **Merchandise Sales** | Sale of visitor convenience items and limited souvenirs on board vessels, as approved by the Superintendent. |
| **Statue of Liberty and Ellis Island Cruise (Island Cruise)** | Island Cruises departing from and returning to NPS-approved locations in, adjoining, or in proximity to Battery Park including an NPS-provided and/or approved interpretive program on board vessels describing the Park and its resources and stories. Passengers on the Island Cruises will not disembark at the Park, but the vessels will enter the off-shore Park boundary. |
| **Reservation and Ticketing System** | Reservation and sale of ferry tickets and audio tours and distribution of free monument tour passes. |

The Concessioner is authorized but not required to provide the following visitor services during the term of the Draft Contract.

**Authorized Services for the Draft Contract**

| | |
|---|---|
| **Additional Ferry Service** | Operation of additional ferry routes to other NPS destinations in and around New York Harbor, subject to approval by the Superintendent. |

**Annual Gross Revenues**

Concessioner reported gross revenues for the past five years are shown below.

| 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|
| $21,628,500* | $23,313,406 | $25,073,164 | $24,755,781** | $35,490,323 |

*Source: Concessioner Annual Financial Reports*
* *This figure reflects the Park's closure from September 11, 2001, until December 20, 2001, when new security measures were put into place.*
** *This figure represents the 9-month period 4/2004 through 12/2004. Prior to 2004, annual gross revenue figures correspond to a fiscal year ending in March. The fiscal year was changed to correspond to the calendar year in 2005. The Existing Concessioner reported gross revenue of $27,687,052 for calendar year 2004.*

**Minimum Franchise Fee**

The Concessioner will pay the National Park Service a franchise fee of at least **18.0 percent** of annual gross receipts.

**Term of Draft Contract**

10 years, expected to begin on September 17, 2007.

**Estimated Required Initial Investment**

| | |
|---|---|
| Possessory Interest | $0 |
| Marine Personal Property | $18,732,000 |
| Non-Marine Personal Property | $668,000 |
| Inventory | $40,000 |
| **Total** | **$19,440,000** |

*Source: NPS Estimates*

**No Preferred Offeror**

The Director has determined that no Preferred Offeror for this Draft Contract exists pursuant to the terms of 36 CFR Part 51. This solicitation for commercial services is fully competitive.

# TABLE OF CONTENTS

**INTRODUCTION** ........ **1**
THE NATIONAL PARK SERVICE AND ITS MISSION ........ 1
**STATUE OF LIBERTY NATIONAL MONUMENT AND ELLIS ISLAND** ........ **2**
PARK MISSION ........ 3
PARK PURPOSE ........ 3
PARK SIGNIFICANCE ........ 3
PARK INTERPRETIVE STORIES ........ 4
NATIONAL PARK SERVICE GOALS ........ 4
**MARKET AREA OVERVIEW** ........ **6**
NEW YORK METROPOLITAN AREA TOURISM MARKET ........ 6
SEASONALITY ........ 7
TOURISM IMPACT ........ 7
RESIDENT DEMOGRAPHICS ........ 8
**STATUE OF LIBERTY NATIONAL MONUMENT AND ELLIS ISLAND VISITATION** ........ **10**
ACCESS ........ 10
VISITATION DATA ........ 10
FERRY RIDERSHIP ........ 11
VISITOR PROFILE ........ 13
**EXISTING CONCESSION OPERATIONS** ........ **14**
**FUTURE CONCESSION OPERATIONS** ........ **19**
VISITOR SERVICES ........ 19
**FINANCIAL AND OPERATING DATA** ........ **24**
HISTORICAL CONTRACT REVENUES ........ 24
EXPENSES ........ 28
OTHER FACTORS ........ 29
**INVESTMENT ANALYSIS** ........ **31**
**FRANCHISE FEE** ........ **32**
**TERM AND EFFECTIVE DATE OF DRAFT CONTRACT** ........ **32**
**SITE VISIT** ........ **32**

### *Expenses*

Projected expenses are based on historical expenses, as well as industry comparables.

Cost of goods sold is estimated at 30.0% to 35.0% of food and beverage and merchandise sales, or 2.0% to 2.5% of gross revenue.

### Direct Expenses

Direct labor expense is estimated to amount to 25.0% to 30.0% of gross revenue. This expense includes all non-administrative workers including captains, chief engineers, deckhands, food service/merchandise sales workers and maintenance workers. The assumption is based in part on a maintenance operation similar to that of the Existing Concessioner. Offerors are not required to pattern their proposed maintenance program after the Existing Concessioner's, or to pursue locating their maintenance operation in the same location as the Existing Concessioner's operation.

The Existing Concessioner pays wages as specified in its current labor agreements with the Local 333, United Marine Division, I.L.A., AFL-CIO. The Department of Labor has determined that this Contract is subject to the terms of the Service Contract Act, 41 U.S.C.351-358. Future wage rates are projected to fall in line with the rates specified in these agreements. Copies of the current agreements are presented in the Attachment to Exhibit B of the Draft Contract.

Fuel expense is estimated at 2.5% to 3.0% of gross revenue. This is a conservatively high estimate based on fuel prices similar to those that prevailed in 2005.

Repair and maintenance expense, excluding labor, is estimated at 2.5-3.5% of gross revenue based on the historic average. This expense includes the Concessioner's maintenance responsibilities as identified in the Draft Contract's Maintenance Plan (Exhibit E). It does not include capital improvements, which will be funded by the NPS as specified in the Draft Contract.

Other direct expenses are estimated to total between 2.0% and 4.0% of gross revenue.

### General and Administrative Expenses

Officer and other salaries are projected to total between 5.0% and 7.0% of gross. This estimate includes all administrative and managerial positions.

Insurance expense is estimated at 4.0% to 6.0% of gross. A breakdown of required insurance coverage and additional detail is provided in Exhibit F of the Draft Contract.

**B. EXISTING FACILITIES**

A Concessioner shall operate each program or activity so that the program or activity, when viewed in its entirety, is readily accessible to and usable by disabled persons. This paragraph does not require a Concessioner to make each of its existing facilities or every part of a facility accessible to and usable by disabled persons. Notwithstanding, each departure point will be fully accessible.

## Section III: Requirements Related to the Service Contract Act of 1965

(a) Service Contract Act of 1965, as amended: This contract is subject to the Service Contract Act of 1965, as amended *(41 U.S.C. 351* et seq.) and is subject to the following provisions and to all other applicable provisions of the Act and regulations of the Secretary of Labor issued thereunder (29 CFR part 4).

(b)(1) Each service employee employed in the performance of this contract by the contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this contract.

(2) (i) If there is such a wage determination attached to this contract, the contracting officer shall require that any class of service employee which is not listed therein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed class of employees shall be paid the monetary wages and furnished the fringe benefits as are determined pursuant to the procedures in this section.

(ii) Such conforming procedure shall be initiated by the contractor prior to the performance of contract work by such unlisted class of employee. A written report of the proposed conforming action, including information regarding the agreement or disagreement of the authorized representative of the employees involved or, where there is no authorized representative, the employees themselves, shall be submitted by the contractor to the contracting officer no later than 30 days after such unlisted class of employees performs any contract work. The contracting officer shall review the proposed action and promptly submit a report of the action, together with the agency's recommendation and all pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. The Wage and Hour Division will approve, modify, or disapprove the action or render a final determination in the event of disagreement within 30 days of receipt or will notify the contracting officer within 30 days of receipt that additional time is necessary.

(iii) The final determination of the conformance action by the Wage and Hour Division shall be transmitted to the contracting officer who shall promptly notify the contractor of the action taken. Each affected employee shall be furnished by the