# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SUNNY DAYS CATAMARANS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 08-565C |
| **THE UNITED STATES,** | * | (Filed Aug. 8, 2008) |
| Defendant. | * | |

## CORRECTED ORDER

Further to scheduling conference held this date,

**IT IS ORDERED,** as follows:

1. Defendant agrees to take no further action with respect to Solicitation No. CC-DRTO001-08 through September 12, 2008, or until the court enters judgment, whichever occurs earlier.

2. Pursuant to RCFC 65(a)(2), proceedings on the motion for preliminary injunction are consolidated with a ruling on the merits.

3. By August 12, 2008, the parties shall file any agreed-upon Protective Order for entry by the court.

4. By August 19, 2008, defendant shall file the Administrative Record by CD-ROM, with one hard copy delivered both to the court and to plaintiff. The copying requirements are waived.

5. By August 22, 2008, defendant shall file its opposition to plaintiff's motion for a preliminary injunction.

6. By August 29, 2008, plaintiff shall file its reply.

7. Argument on the parties' cross-motions for summary judgment shall be held at 2:00 p.m. on Friday, September 5, 2008, by telephone conference call to be placed by the court.

8. The court commits to enter an order on plaintiff's complaint by September 12, 2008.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge