**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| SUNNY DAYS CATAMARANS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-565 C |
| v. | ) | (Judge Christine O. C. Miller) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER**

With the consent of plaintiff, we respectfully request that the Court issue its standard protective order in this case. The administrative record that is being prepared for this case includes proprietary and competition-sensitive information, the public release of which potentially would prejudice the Government and those parties that bid upon the contract that is the subject of this protest. Accordingly, we respectfully request that the Court issue a protective order. A proposed protective order, taken from the forms following the Court's rules and modified to include the proper caption, is attached.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Austin M. Fulk
AUSTIN M. FULK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 305-1571

OF COUNSEL:

Pam Barkin
Department of Interior
Office of the Solicitor
Washington, DC 20240

Judy Kelly
Department of Interior
Office of the Solicitor
Atlanta, GA 30303

Dated: August 12, 2008

Attorneys for Defendant

Attachment: Draft Protective Order