**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| SUNNY DAYS CATAMARANS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-565 C |
| v. | ) | (Judge Christine O. C. Miller) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of three days, from August 19, 2008 through and until August 22, 2008, to file the administrative record in this case. This is defendant's first request for an enlargement of time for this purpose. Plaintiff states that despite the tight briefing schedule entered in the case, plaintiff does not oppose the 3 day enlargement based on its understanding that there will not be much in the Administrative Record to complicate the completion of Plaintiff's Reply Brief. If this turns out not to be the case, however, plaintiff reserves the right to request additional time to file its Reply Brief.

Defendant has been working diligently to compile the administrative record in this case. However, a number of unforseen difficulties have arisen. While the administrative record is not exceptionally large, relevant documents are in the possession of a large number of people. A number of these people have been difficult to contact. The situation is further complicated by the arrival of Hurricane Fay in the Florida Keys, which has caused Dry Tortugas Park to be

closed, and has made communications with several relevant officials even more difficult. Thus, the compilation of the record has been delayed.

Accordingly, defendant requests that the Court grant this motion for an enlargement of time of three days.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Austin M. Fulk
AUSTIN M. FULK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 305-1571

Attorneys for Defendant

OF COUNSEL:

Pam Barkin
Department of Interior
Office of the Solicitor
Washington, DC 20240

Judy Kelly
Department of Interior
Office of the Solicitor
Atlanta, GA 30303

Dated: August 18, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Austin M. Fulk