Page 1 of 1

**Rick Goeken**

---

**From:** Rick Goeken
**Sent:** Tuesday, August 19, 2008 11:45 AM
**To:** 'Fulk, Austin (CIV)'
**Subject:** Bids In Sunny Days

Austin:

Despite our conference with chambers last week, and clarification and direction from the Court that NPS should advise potential bidders that the bid date of August 13 was no longer valid it has come to my attention that no public announcement of this fact was made, the due date on the NPS website was not changed, my client, as a potential bidder, was not so advised, and at least some bids were in fact submitted on or before August 13.

Please provide me with documentation demonstrating that the bids were rejected by NPS or explain why NPS's acceptance of the bids is not in violation of the Court's order that NPS take no further action with respect to this solicitation. Absent a satisfactory explanation I will take this matter to the Court.

Rick

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Ph: (202) 452-2140 Fax: (202) 775-8217

---

This electronic message transmission contains information from the law firm of Saltman & Stevens, P.C. which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (202)452-2140 or by electronic mail at the above address.