**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| SUNNY DAYS CATAMARANS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-565 C |
| v. | ) | (Judge Christine O. C. Miller) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STAY BRIEFING**

Defendant, the United States, respectfully asks that the Court stay this case, including all scheduled briefing and filings. Such a stay will assist in resolving this protest and avoid unnecessary use of this Court's resources.

Plaintiff Sunny Days Catamarans, Inc. brought this action to challenge National Park Service ("NPS") Solicitation Number CC-DRTO001-08 ("solicitation"), which seeks a concessioner to provide daily, round-trip passenger ferry boat services between Key West, Florida and Garden Key, which is located within Dry Tortugas National Park. Sunny Days brought its protest because the solicitation did not include a provision applying the provisions of the Service Contract Act ("SCA") to the contract contained within the solicitation.

Although NPS believes that the solicitation as published is lawful, NPS believes that it is in the best interest of the Government to incorporate the provisions of the SCA into the solicitation and the contract contained within it. NPS is currently drafting an amendment to the solicitation to effectuate this change, and wishes to have these proceedings stayed while it finalizes this process. Upon finalization of the amendment language, we expect to file a request

for the Court to amend its scheduling order to permit NPS to amend the solicitation. Accordingly, staying this litigation to give NPS the opportunity to resolve this matter without further briefing and trial, will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for a stay.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Austin M. Fulk
AUSTIN M. FULK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 305-1571

Attorneys for Defendant

OF COUNSEL:

Pamela Barkin
Department of Interior
Office of the Solicitor
Washington, DC 20240

Judy Kelly
Department of Interior
Office of the Solicitor
Atlanta, GA 30303

Dated: August 21, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of August, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO STAY BRIEFING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Austin M. Fulk