# In the United States Court of Federal Claims

| | |
|---|---|
| **SUNNY DAYS CATAMARANS, INC.,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 08-565C (Filed Aug. 25, 2008) |

## ORDER

Further to an off-the-record telephone conference call on Friday, August 22, 2008, during which counsel agreed to amend the August 8, 2008 scheduling order,

**IT IS ORDERED,** as follows:

1. Paragraphs 4-7 of the Order entered on August 8, 2008, as corrected, are vacated, subject to amendment.

2. Plaintiff shall respond to defendant's Motion To Stay Briefing filed on August 21, 2008, by close of business on Tuesday, August 26, 2008.

3. Paragraph 8 remains in effect.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge