# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**SUNNY DAYS CATAMARANS, INC.,**

Plaintiff,

v. No. 08-565C

**THE UNITED STATES,** (Filed Aug. 25, 2008)

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CORRECTED ORDER

Further to a telephone conference call between counsel for the parties and the court's Judicial Assistant on Friday, August 22, 2008, during which counsel agreed to amend the August 8, 2008 scheduling order in partial response to plaintiff's August 20, 2008 Motion To Enforce the Court's Rulings and Orders of August 8, 2008 and August 12, 2008 and for Expedited Briefing and Defendant's Motion To Stay Briefing filed on August 21, 2008,

**IT IS ORDERED,** as follows:

1. Paragraphs 4-7 of the Order entered on August 8, 2008, as corrected, are vacated, subject to amendment.

2. Plaintiff shall respond to defendant's Motion To Stay Briefing filed on August 21, 2008, by close of business on Tuesday, August 26, 2008.

3. Paragraph 8 remains in effect.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge