# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
SUNNY DAYS CATAMARANS, INC., *
*
Plaintiff, *
*
v. * No. 08-565C
*
THE UNITED STATES, * (Filed Aug. 27, 2008)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff on August 20, 2008, filed its Motion to Enforce the Court's Rulings and Orders of August 8, 2008 and August 12, 2008 and for Expedited Briefing. On August 21, 2008, defendant filed Defendant's Motion To Stay Briefing. As counsel are aware, the undersigned was in California on a settlement conference and site inspection from August 20-22, 2008. The court was not aware of the contents of plaintiff's motion of August 20, 2008, until after the court entered its order of August 25, 2008. The order entered on August 25, 2008, addressed only the order to stay, failed to reflect that the conversation was with the court's Judicial Assistant (the conversation was not an off-the-record telephone call with the court), and did not address the other relief sought by plaintiff's motion. That order is corrected this date.

It is apparent that the parties have not resolved the case to plaintiff's satisfaction and that further proceedings may be required. However, the record does not reflect the exact form that notice was given to potential offerors concerning an amended solicitation, see Pl.'s Br. filed Aug. 26, 2008, at 3 n.1, so defendant should make representations on the record concerning what actions the agency has taken concerning this matter, including providing the court with the contents of any amended solicitation and the contents of any notice to potential offerors. Before any order enters regarding further briefing, defendant also should state its position as to whether any issue cognizable under the court's injunctive and declaratory jurisdiction remains for decision. Accordingly,

**IT IS ORDERED**, as follows:

Argument on all pending motions shall be held 2:00 p.m. on Friday, August 29, 2008, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge