# In the United States Court of Federal Claims

| | |
|---|---|
| SUNNY DAYS CATAMARANS, INC., Plaintiff, | |
| v. | No. 08-565C |
| THE UNITED STATES, Defendant. | (Filed Aug. 29, 2008) |

**ORDER**

Pursuant to the order entered on August 27, 2008, argument was held this date on plaintiff's Motion to Enforce the Court's Rulings and Orders of August 8, 2008, and Defendant's Motion To Stay Briefing, including the additional relief sought in Plaintiff's Response to Defendant's Motion To Stay Briefing. Defendant offered for the court's review Exhibit A to the transcript of today's proceedings, a proposed amendment to the subject solicitation, a notice of proposed amendment, a fee schedule, and a copy of the pertinent statutory and regulatory provisions. It was determined that a ruling should issue on legal issues presented by plaintiff's motion, as supplemented. Accordingly, the following briefing schedule shall govern further proceedings:

1. By September 10, 2008, defendant shall file a reply to plaintiff's response.

2. By October 3, 2008, plaintiff shall file a sur-reply to defendant's reply.

3. Argument on the pending motions shall be held at 3:00 p.m. on Monday, October 6, 2008, in the Howard T. Markey National Courts Building.

4. Paragraph 8 of the August 8, 2008, order is modified insofar as the court commits to issue a decision on the pending motions by October 10, 2008.

5. Paragraph 1 of the corrected order entered on August 8, 2008, as corrected, is vacated. The National Park Service (the "NPS") may proceed to amend the solicitation, issue the amended solicitation, and proceed with the procurement based on the amended

solicitation. Defendant has represented that the amendment will conform to the proposed amendment in Appendix A and that the notice issued by the NPS will conform to the notice approved by the court in Appendix A.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller
__________________________________
**Christine Odell Cook Miller**
Judge