**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| SUNNY DAYS CATAMARANS, INC., Plaintiff, | ) | No. 08-565 C |
| v. | ) | (Judge Christine O. C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**<u>DEFENDANT'S MOTION TO STAY THE FILING OF ITS REPLY BRIEF</u>**

Defendant, the United States, respectfully asks that the Court stay the deadline for the filing of the government's reply brief in this case. Such a stay will assist in resolving this protest and avoid unnecessary use of this Court's resources.

Plaintiff Sunny Days Catamarans, Inc. brought this action to challenge National Park Service ("NPS") Solicitation Number CC-DRTO001-08 ("solicitation") based on the fact that NPS did not include applicable provisions of the Service Contract Act ("SCA") in the solicitation. NPS subsequently decided that it was in the government's best interest to amend the solicitation to include applicable SCA language. As a result, the government filed a motion to stay the case on August 21, 2008, while such an amendment was drafted. On August 26, Sunny Days filed its response, in which it objected to the proposed amendment, and sought declaratory judgment relating to NPS concession contracts generally. Oral argument was held on the motion to stay, as well as on Sunny Days' motion to enforce, on August 29, 2008. On that date, the Court issued the current briefing schedule, which calls for the government to file its reply to Sunny Days' response to the government's the motion to stay by September 10.

On Friday, September 5, counsel for Sunny Days and the government spoke via phone, and counsel for Sunny Days represented that Sunny Days had decided to dismiss the case. On September 8, counsel for the government emailed counsel for Sunny Days regarding the appropriate procedure for dismissing the case. On September 10, having received no response from Sunny Days' counsel, and with no notice of dismissal having been filed, counsel for the government phoned counsel for Sunny Days to ascertain if and when such a notice of dismissal would be filed. Counsel for Sunny Days represented that the notice would be filed "shortly," but was unable to provide a precise time.

Out of an abundance of caution and in order to avoid failing to file its reply by the date specified in the Court's August 29 order, the government respectfully asks this Court to stay the government's filing of its reply. Based on representations of Sunny Days' counsel, we expect a notice of dismissal will be filed soon. As a result, it is appropriate for this Court to stay briefing in order to allow Sunny Days to file its notice of dismissal, which will have the effect of disposing of the case.

Counsel for Sunny Days was informed of the government's intention to file this motion by phone on September 10, and indicated that he would not oppose such a motion.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for a stay.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Austin M. Fulk
AUSTIN M. FULK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 305-1571

Attorneys for Defendant

OF COUNSEL:

Pamela Barkin
Department of Interior
Office of the Solicitor
Washington, DC 20240

Judy Kelly
Department of Interior
Office of the Solicitor
Atlanta, GA 30303

Dated: September 10, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 10th day of September, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO STAY THE FILING OF ITS REPLY BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Austin M. Fulk