# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SUNNY DAYS CATAMARANS, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 08-565C

(Filed Sept. 10, 2008)

## ORDER

Defendant's Motion To Stay the Filing of Its Reply Brief filed this date is granted based on defendant's representations in its motion that it is unopposed. Accordingly,

**IT IS ORDERED**, as follows:

Paragraph 1 of the order entered on August 29, 2008, is modified insofar as defendant shall file its reply brief by September 22, 2008, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge