**UNITED STATES COURT OF FEDERAL CLAIMS**
Pre-Award Bid Protest

| | | |
|---|---|---|
| SUNNY DAYS CATAMARANS, INC., Plaintiff, | ) | |
| v. | ) | No. 08-565C<br>Judge Christine O.C. Miller |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, plaintiff hereby dismisses this action, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

s/Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:
Marisol Rojo
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: September 11, 2008